IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACKIE SUE RICKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-13-959-D ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

Pursuant to the Order of July 31, 2014 reversing and remanding Defendant's denial of Plaintiff's application for disability benefits, judgment is hereby entered in favor of Plaintiff and against Defendant.

ENTERED this 31st day of July, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE